# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 1:15-CV-14199-WGY

Plaintiff:
**SPROUT STUDIOS LLC**

vs.

Defendant:
**STELLE, LLC**

For:
ADAM J COMBIES
137 Lewis Wharf
Boston, MA  02110

Received by ORANGE COUNTY PROCESS MANAGEMENT to be served on **STELLE, INC., 419 30TH STREET # A, NEWPORT BEACH, CA 92663**.

I, BARBARA TUSTISON, do hereby affirm that on the **4th day of January, 2016** at **10:40 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT, CATEGORY FORM** with the date and hour of service endorsed thereon by me, to: **VALERIE FREEDMAN** as **OPERATIONS MANAGER**, a person employed therein and authorized to accept service for **STELLE, INC.** at the address of: **419 30TH STREET # A, NEWPORT BEACH, CA 92663**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

BARBARA TUSTISON
PSC 1501

ORANGE COUNTY PROCESS MANAGEMENT
295 BROADWAY
COSTA MESA, CA 92627
(949) 678-7003

Our Job Serial Number: OCP-2016000004

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n